IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
FRANK KOVAL,                              No. C 12-1627 CW

        Plaintiff,                        ORDER DIRECTING
                                          PARTIES TO FILE A
   v.                                     STATUS REPORT

PACIFIC BELL TELEPHONE COMPANY,
doing business as AT&T,

        Defendant.
_____/
```

  On August 10, 2012, the Court granted Defendant Pacific Bell Telephone Company's motion to stay the case pending the resolution of the <u>Pacific Bell Wage and Hour Cases</u>, Alameda County Superior Court, Case No. JCCP004637.  The Court equitably tolled the FLSA statute of limitations for putative collective action members from the date on which Plaintiff Frank Koval filed this federal action through the date on which the stay is lifted, provided that Koval promptly moved to add his FLSA claim to the state court complaint.

  On October 12, 2012, Plaintiff filed a notice informing the Court that the Alameda County court granted his motion to add the FLSA claim to the state court action.  Other than a January 2013 notice of firm name change by Plaintiff's counsel, there have been no further filings in this case.  The Court hereby orders the parties to submit a joint status report regarding the status of the state court case within fourteen days of the date of this order.

  IT IS SO ORDERED.

Dated:  November 10, 2014

CLAUDIA WILKEN
United States District Judge