IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KOVAL, | No. C 12-1627 CW |
|     Plaintiff, | ORDER DISMISSING CASE |
|     v. | |
| PACIFIC BELL TELEPHONE COMPANY, doing business as AT&T, | |
|     Defendant. | |

On August 10, 2012, the Court granted Defendant Pacific Bell Telephone Company's motion to stay the case pending the resolution of the Pacific Bell Wage and Hour Cases, Alameda County Superior Court, Case No. JCCP004637.  The Court equitably tolled the FLSA statute of limitations for putative collective action members from the date on which Plaintiff Frank Koval filed this federal action through the date on which the stay is lifted, provided that Koval promptly moved to add his FLSA claim to the state court complaint. On October 12, 2012, Plaintiff filed a notice informing the Court that the Alameda County court granted his motion to add the FLSA claim to the state court action.

On November 10, 2014, the Court ordered the parties to file a status report regarding the status of the state court litigation. The parties have filed a joint request that the Court dismiss the instant case, stating that it is a "duplicative parallel action."

1  Accordingly, the Court dismisses this action.  The Clerk of the
2  Court shall close the case.
3       IT IS SO ORDERED.
4
5  Dated:  November 26, 2014            _____
                                         CLAUDIA WILKEN
6                                        United States District Judge